IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLES EDWARD BRYANT, #192830, <br><br>    Plaintiff, <br> v. <br><br> WARDEN III, GRAY HETZEL, *et al.*, <br><br>    Defendants. | ) ) ) ) ) ) CASE NO.  2:11cv803-TMH ) (WO) ) ) ) ) |

## **ORDER**

On May 29, 2014, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed.  (Doc. # 18).  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED, and that this case be and is hereby DISMISSED without prejudice for the plaintiff's failure to comply with the orders of the court, and his failure to properly prosecute this action.

Done this the 9th day of July, 2014.

                                    /s/ Mark E. Fuller
                                    UNITED STATES DISTRICT JUDGE